SULLIVAN *v.* KELLER, d.b.a. CITY PLUMBING & APPLIANCE COMPANY

No. 41554          October 24, 1960          123 So. 2d 695

*Wm. E. Andrews, Jr., Jesse W. Shanks,* Purvis, for appellant.

*Bobby J. Garraway,* Lumberton, for appellee.

Hall, P. J.

■■ ■ This case presents a question of fact purely, which was heard and decided by the Chancellor and who rendered a judgment in favor of the appellee.

His decision is abundantly supported by the evidence and should be and it is hereby affirmed.

Affirmed.

*Lee, Kyle, Holmes* and *McElroy, JJ.,* concur.